IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERCOLE A. MIRARCHI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARSHALL & SWIFT | : | NO. 23-588 |

ORDER

AND NOW, this 27th day of March, 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Marshall & Swift to dismiss the complaint of plaintiff Ercole A. Mirarchi (Doc. # 8) is GRANTED, without leave to amend.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.